**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN SMITH,                                   :   No. 25 MM 2023
                                              :
                      Petitioner              :
                                              :
                                              :
            v.                                :
                                              :
                                              :
THE COURT OF COMMON PLEAS OF                  :
LACKAWANNA COUNTY PENNSYLVANIA,               :
                                              :
                  Respondent                  :

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of May, 2023, the Application for Leave to File Original Process is GRANTED, and the Application for an Immediate Hearing and the Petition for Writ of Mandamus and/or Extraordinary Relief are DENIED.